

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-30-2013

# Pedro Hernandez v. Attorney General United States

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-2676

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"Pedro Hernandez v. Attorney General United States" (2013). *2013 Decisions.* Paper 466.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/466

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 12-2676

PEDRO ENRIQUE HERNANDEZ,
                                                           Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,
                                                          Respondent
(Agency No. A022-598-326 )

Present:  AMBRO, HARDIMAN and ROTH, Circuit Judges

     1. Motion by Respondent to Amend Opinion filed June 3, 2013.


                                        Respectfully,
                                        Clerk/tmm

_____ORDER_____
     In response to the foregoing Motion to Amend Opinion, Footnote 3 shall be omitted from the Opinion filed on June 3, 2013.

                                        By the Court,

                                        /s/ Thomas M. Hardiman
                                        Circuit Judge


Dated: July 30, 2013
tmm/cc: Pedro Enrique Hernandez
Erica B. Miles